UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIQUE FRANCIS DONNAY, SR.,

                Plaintiff,

      -against-

OFFICER MORIARITY, OFFICER
FERRERA, OFFICER CONTRI, and
OFFICER WONDERMAN,

              Defendants.

25-CV-9356 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915; ECF No. 14. Accordingly, Plaintiff is entitled to rely on assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

The Clerk of Court is directed to complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant, issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants forthwith.

If the complaint is not served within 90 days after the date of this Order, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the Court extends the time to serve until 90 days after the date of this Order.

The Clerk of Court is also directed to mail this Order to Plaintiff.

Dated: April 9, 2026
      New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge