UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINQUE FRANCIS DONNAY, SR.,

                      Plaintiff,

       -against-

OFFICER MORIARITY, OFFICER FERRERA,
OFFICER CONTRI, and OFFICER
WONDERMAN,

                    Defendants.

25-CV-9356 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court has received and reviewed a letter sent by Plaintiff Dominique Francis Donnay, Sr. ("Donnay"). ECF No. 16. Donnay, who is pro se and incarcerated, seeks clarity about service and asks for guidance on how to find a lawyer. *See id.* As the Court detailed in a prior Order, the U.S. Marshals Service will serve Plaintiff's Complaint on Defendants, if it has not done so already. *See* ECF No. 15.

Additionally, as Plaintiff seems to be aware, Defendants have answered Plaintiff's initial Complaint. ECF No. 17. The Answer, filed on the docket, is dated April 14, 2026—suggesting that Defendants received the Complaint before the Court granted Plaintiff's IFP status and directed the Marshals to duly serve Defendants. *See* ECF Nos. 15, 17. Nevertheless, for Plaintiff's full awareness: the Marshals will still serve Plaintiff's Complaint on Defendants, as previously ordered.

In their Answer, Defendants also mistakenly respond on behalf of the City of Yonkers—even though the Court dismissed Plaintiff's claims as to the Yonkers Police Department, *see* ECF No. 4—but do not answer on behalf of Defendant Morarity, *see* ECF No. 17. Defendants

are therefore DIRECTED to Answer anew within 21 days of receiving Plaintiff's Complaint via the U.S. Marshals Service. Fed. R. Civ. P. 12(a).

The Court also notes for Plaintiff that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).

Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm. The Court has attached a flyer from the City Bar Justice Center to this Order.

Dated: May 5, 2026
        White Plains, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court