UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINQUE FRANCIS DONNAY, SR.,
Plaintiff,

-against-

OFFICER MORIARITY, OFFICER FERRERA, OFFICER CONTRI, and OFFICER WONDERMAN,
Defendants.

25-CV-9356 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 27, 2026, Defendants filed a set of interrogatories and a request for documents which they ask Plaintiff to respond to by August 27, 2026. ECF No. 21. Plaintiff, meanwhile, is set to be released from the Westchester County Jail on August 7, 2026, and informs the Court that he will then enter an in-patient treatment program that can last up to 28 days. ECF No. 20. In light of this and because discovery has not yet commenced, Plaintiff need not respond to Defendants' interrogatories or document requests until further order of the Court.

Previously, the Court also ordered Defendants to file an amended Answer within 21 days of receiving Plaintiff's Complaint via the U.S. Marshals Service ("USMS"). ECF No. 18. Defendants have not yet been served by USMS, so the Court *sua sponte* extends the time to serve Defendants by 90 days from the date of this Order. Once Defendants are served and have filed an amended Answer, the Court will refer this case to Magistrate Judge Victoria Reznik for general pretrial management.

Finally, the Court notes that Defendants continue to mistakenly respond on behalf of the City of Yonkers—even though the Court dismissed Plaintiff's claims as to the Yonkers Police

Department, *see* ECF No. 4—but not on behalf of Defendant Morarity, *see* ECF Nos. 17–18. Defendants are directed to correct that error in their future filings.

The Clerk of Court is respectfully directed to mail this Order to all addresses noticed on the docket, as well as to Plaintiff's forthcoming address at the treatment center:

Dominique Francis Donnay, Sr.
75 Seminary Hill Road
Carmel, New York 10512

The addresses on the docket should remain unchanged.

Dated: August 3, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge